THE COCA-COLA COMPANY, a corporation of the State of Delaware,

Complainant Below, Appellant,

*vs.*

LOFT, INC., a corporation of the State of Delaware,

Defendant .Below, Appellee.

THE COCA-COLA COMPANY, a corporation of the State of Delaware,

Complainant Below, Appellant,

*vs.*

HAPPINESS CANDY STORES, INC., a corporation of the State of Delaware,

Defendant Below, Appellant.

*Supreme Court, On Appeal, May 13, 1935.*

LAYTON, C. J., HARRINGTON, RICHARDS, RODNEY and REINHARDT, JJ., sitting.

*Hugh M. Morris,* and *Edward S. Rogers* and *James F.*

*Hogue,* both of New York City, and *Harold Hirsch, Frank Troutman* and *Roy S. Jones,* of Atlanta, Georgia, for appellants.

*Aaron Finger,* of the firm of Richards, Layton and Finger, and *Arthur F. Driscoll,* of the firm of O'Brien, Driscoll and Rafferty, of New York City, for appellees.

PER CURIAM.

For the reasons given in the clear and convincing opinion of the Chancellor, 19 *Del. Ch.* 292, 167 *A.* 900, the judgments below are affirmed.